UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 5:24-cr-44-KKC

UNITED STATES OF AMERICA     PLAINTIFF

V.     **NOTICE OF FORFEITURE AND BILL OF PARTICULARS**



**JUAN CARLOS MICHEL MARTINEZ,**
    aka "J.C.,"

**DANIEL GORDIANO VALENZUELA**     DEFENDANTS

\* \* \* \* \*

The United States, pursuant to Federal Rule of Criminal Procedure 32.2(a), hereby gives notice and particularly alleges that the following property is subject to forfeiture, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), on the basis of the forfeiture allegation set forth in the Indictment returned in this criminal case:

**CURRENCY:**
a) All funds on deposit in Chase Account #936001202; and
b) Approximately $190,000.00 in U.S. currency.

**MONEY JUDGMENT:**
A forfeiture money judgment in the amount involved in the violations alleged in this Indictment, which is at least $20 million dollars.

This Notice and Bill of Particulars is being submitted to add the additional currency listed above, which was seized in Newark, New Jersey, on or about June 19, 2023.

        Respectfully submitted,

        CARLTON S. SHIER, IV
        UNITED STATES ATTORNEY

By:    /s/ Haley Trogdlen McCauley
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507
        (859) 685-4831
        haley.mccauley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

        /s Haley Trogdlen McCauley
        Assistant United States Attorney