**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br>     **Plaintiff,** <br><br> V. <br><br> **JUAN CARLOS MICHEL MARTINEZ** <br> **and DANIEL GORDIANO** <br> **VALENZUELA,** <br><br>     **Defendants.** | **CRIMINAL NO. 5:24-44-KKC-MAS** <br><br><br> **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on defendant Juan Carlos Michel Martinez's Motion to Continue the Jury Trial (DE #78). The Court has previously declared this a complex case (DE #31) under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Defense counsel states that many hours of additional discussion and discovery review are necessary in this matter. All defendants are joined together for trial and no motions for severance have been filed. The co-defendant and the government do not oppose the motion. Accordingly, the Court being otherwise sufficiently advised, it is hereby ORDERED:

(1) The Motion To Continue (DE #78) is GRANTED.

(2) The Jury Trial, scheduled June 16, 2025, is CONTINUED as to **both defendants** until **September 29, 2025 at 9:00 a.m.** before Judge Karen K. Caldwell in Lexington, Kentucky. Counsel and all parties to be present at 8:30 a.m. The estimated length of trial is eight (8) days. All pretrial deadines are hereby reset relative to the new trial date.

1

(3) The delay occasioned by the continuance of the trial is excluded under the Speedy Trial Act. In this case, the ends of justice served by the continuance outweigh the best interests of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). Failure to grant such a continuance would deny counsel for the Defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court extends the trial date as to all defendants pursuant to 18 U.S.C. § 3161(h)(6). Therefore, the time is excluded from June 16, 2025 through September 29, 2025.

This 27th day of May, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY